UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdullahi Mohamed Ali,                                          Civil 13-864 PJS/FLN

       Plaintiff,

  v.                                                                    O R D E R

U.S. Department of
Homeland Security et al,

       Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United

States Magistrate Judge Franklin L. Noel dated March 25, 2014, all the files and records, and no

objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that

    1.      Ali's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED as moot**; and

    2.      This action is dismissed.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 04/17/14                                    s/Patrick J. Schiltz
                                      JUDGE PATRICK J. SCHILTZ
                                      United States District Court Judge